PD-1086-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/23/2015 4:03:48 PM
Accepted 9/24/2015 3:54:53 PM
ABEL ACOSTA
CLERK

No. PD-1086-15

TO THE COURT OF CRIMINAL APPEALS

FROM THE FIRST COURT OF APPEALS
NO. 01-11-00258-CR

JEREMY THOMAS
APPELLANT

On Appeal from Cause Number 1284896
From the 177th District Court of Harris County

V.

THE STATE OF TEXAS
APPELLEE

---

## Appellant's FINAL Motion To Extend Time To File Petition For Discretionary Review Accompanied by PDR

---

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, JEREMY THOMAS, and files this his Final Motion to Extend Time to File Petition for Discretionary Review, and in support thereof, would respectfully show the Court the following:

I.

The First Court of Appeals affirmed the trial court's judgment in an published opinion. *Thomas v. State,* _ S.W.3d_, 1-11-00258-CR, 2015 WL 4101164 (Tex. App.—Houston [1st Dist.]). One other motion for extension has been filed.

II.

In compliance with Texas Rule of Appellate Procedure 68.2(c), this motion for extension is timely filed within 15 days of the deadline for the PDR, which was September 8, 2015. Appellant requests this extension due to the fact that counsel for Appellant has experienced health issues which has delayed her work schedule and her work load has been greatly increased recently due to the loss of appellate attorneys. Whereas the division began with 10 lawyers, we are now down to only six. Counsel has been engaged in work in the Harris County Public Defender's Office on many cases, including the following:

- *Felix Irizarry,* 14-14-00827-CR
- *Domingo Medina,* 01-15-00575-CR

FILED IN
COURT OF CRIMINAL APPEALS

September 24, 2015

ABEL ACOSTA, CLERK

- *Stephen Hopper,* 14-15-00371-CR
- *Pete Rodriguez,* 14-15-00339-CR
- *Vincent Williams,* 14-15-00220-CR
- *Darryle Robertson,* 14-15-00132-CR
- *Cory Nickerson,* 01-15-00764-CR, et seq.
- *Kori Henegar,* 14-15-00529-CR
- *Trey Foster,* 14-15-00496-CR, et seq.
- *Frelin Orellana,* 14-14-00701-CR
- Counsel has been researching and writing for several trial cases assigned to the Public Defender's Office Trial Division.

III.

Appellant's attorney requests this brief extension which is necessary so that the petition can be thoroughly written and timely filed. This motion is not made for the purpose of delay.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court grants this requested extension of time to file the appellant's petition for discretionary review in the above cause and extend the time for filing to the day on which the PDR is simultaneously submitted or the official date it is deemed filed.

Respectfully submitted,

ALEXANDER BUNIN
Chief Public Defender
Harris County, Texas

/s/Sarah V. Wood
SARAH V. WOOD
Assistant Public Defender
Harris County, Texas
Texas Bar Number 24048898
1201 Franklin, 13th Floor
Houston Texas 77002
713.368.0016 (phone)
713.368.9278 (fax)
Sarah.Wood@pdo.hctx.net

CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above and foregoing Appellant's Motion to Extend Time to File Petition for Discretionary Review has been served on the District Attorney of Harris County, Texas, by electronic delivery through the efile system.

/s/Sarah V. Wood